UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIE JAMES** | * | **CIVIL ACTION NO: 2:18-cv-05133-JCZ-KWR** |
| **Plaintiff** | * | |
| | * | |
| | * | |
| | * | |
| | * | **JUDGE: JAY C. ZAINEY** |
| versus | * | |
| | * | |
| **ASI LLOYDS** | * | **MAGISTRATE: KAREN WELLS ROBY** |
| | * | |
| **Defendants** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION TO DISMISS**

**NOW INTO COURT**, through undersigned counsel, come plaintiff, Jennie James, and defendant, ASI Lloyds, and suggest to the Court that they have compromised and settled all the disputes and differences among them regarding claims of plaintiff against defendant. The plaintiff, Jennie James, desires to have any and all claims asserted by her in the above-captioned litigation against ASI Lloyds, dismissed, with prejudice, each party to bear its own costs.

**NOW, THEREFORE**, the aforementioned parties move this Honorable Court for an Order dismissing the claims of plaintiff, Jennie James, against defendant, ASI Lloyds, dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

**LAW OFFICES OF JASON P. FOOTE, LLC**

By: */s/ Jason P. Foote*
 **JASON P. FOOTE (#25050)**
 **DEVIN CABONI-QUINN (#35447)**
 2821 Richland Ave., Suite 202
 Metairie, Louisiana 70002
 Telephone: 504-324-8585
 Facsimile: 504-324-8496
 *Attorney for ASI Lloyds*

and

**FRANK G. DESALVO**

By: */s/ Shannon R. Bourgeois*
 **SHANNON R. BOURGEOIS (#30033)**
 739 Baronne Street
 New Orleans, Louisiana 70113
 Telephone: 504-524-4191
 *Attorney for Jennie James*

## CERTIFICATE OF SERVICE

I hereby certify that on the **July 19, 2018**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

 */s/ Jason P. Foote*
 **JASON P. FOOTE**