## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIE JAMES** * | CIVIL ACTION NO: 2:18-cv-05133-JCZ-KWR |
| **Plaintiff** * | |
| * | |
| * | |
| * | |
| * | **JUDGE: JAY C. ZAINEY** |
| **versus** * | |
| * | |
| **ASI LLOYDS** * | **MAGISTRATE: KAREN WELLS ROBY** |
| **Defendants** * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the plaintiff's claims herein, against ASI Lloyds, be dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this ____date of _____, 2018.

_____
**JUDGE**